UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAM DIALLO,<br><br>Plaintiff,<br><br>v.<br><br>LULULEMON ATHLETICA INC.,<br><br>Defendant. | 26-CV-3533 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On May 1, 2026, the Court directed the parties to jointly submit a status letter and proposed case management plan by July 2, 2026. Dkt. 10. On July 2, 2026, Defendants informed the Court that Plaintiff had not "contacted Defendant regarding a case schedule, case management plan, or the initial discovery conference," and requested that the July 10, 2026 initial pretrial conference be adjourned pending resolution of Defendant's motion to dismiss. Dkt. 15. The Court then directed Plaintiff to inform the Court, by July 8, 2026, whether there is any reason this conference should not be adjourned. Dkt. 16.

Having received no response from Plaintiff, the initial pretrial conference previously scheduled for July 10, 2026 is hereby adjourned *sine die*.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Ronnie Abrams
United States District Judge